UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | )  Civil Action No.: |
| v. | ) |
| | ) |
| LIGHTSPEED AVIATION, INC. | ) |
| | ) |
| Defendant | ) |
| | ) |
| | ) |

## COMPLAINT AND DEMAND FOR JURY TRIAL

For its Complaint, plaintiff Bose Corporation alleges as follows:

1. Plaintiff Bose Corporation ("Bose") is a corporation organized and existing under the laws of the State of Delaware and having a principal place of business at The Mountain, Framingham, Massachusetts, within this judicial district.

2. Defendant Lightspeed Aviation, Inc. ("Lightspeed") is, upon information and belief, a corporation organized and existing under the laws of Oregon having a place of business at 6135 SW Jean Road, Lake Oswego, Oregon and does business in Massachusetts.

3. This is an action for patent infringement, arising under the patent laws of the United States, Title 35 of the United States Code. Accordingly, this Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

4. Additionally, this is an action between citizens of different States and upon information and belief, the amount in controversy exceeds the sum of $75,000

exclusive of interests and costs. Accordingly, this Court also has jurisdiction pursuant to 28 U.S.C. § 1332.

5. Venue is proper in the District of Massachusetts pursuant to 28 U.S.C. §§ 1391 and 1400(b).

6. On or about December 4, 2002, Bose and Lightspeed entered into an agreement settling a litigation then pending in the United States District Court for the District of Oregon, titled *LightSPEED Aviation, Inc. v. Bose Corporation*, No. 3-02-01021-K1 (the "Settlement Agreement").

7. The Settlement Agreement provides in pertinent part that Bose agrees that it will not assert any of its then-currently owned United States or foreign patents against Lightspeed or Lightspeed's customers, suppliers, distributors, sales and manufacturing and marketing affiliates and partners based on any future improvements of certain headsets manufactured by Lightspeed having active noise reduction technology, known as 15K, 20K, 15XL, 20XL, 25XL, TWENTY 3G, THIRTY 3G, CROSSCOUNTRY and modified CROSSCOUNTRY (collectively the "Prior ANR Models"), so long as those improvements bear no material relationship to the claim limitations of Bose owned U.S. Patent No. 5,181,252, entitled "High Compliance Headphone Driving" (the "'252 patent").

8. On or about July 24, 2007, Lightspeed began selling the Zulu ANR Aviation headset ("the Zulu headset").

9. In various print advertisements and websites including www.zuluseries.com and www.lightspeedaviation.com, Lightspeed has stated repeatedly, "the new Zulu headset looks different because it is different."

10. In a press release dated July 20, 2007, Lightspeed stated that the Zulu headset, "incorporates audiophile technology that has never before been available on any type of headset or headphone." Lightspeed further stated in this July 20, 2007 release that "Zulu is the first premium priced headset from Lightspeed and will be the basis for a whole new line of products."

11. Claim 1 of the '252 patent recites in part "a high compliance driver with a driver compliance that is greater than said rear cavity compliance having a diaphragm joined to a voice coil normally residing in a gap mounted on the baffle, and an active noise reduction system coupled to said driver."

12. The Zulu headset includes new acoustic product characteristics not found in the Prior ANR Models, and such characteristics directly relate to, and result in infringement of, one or more claim limitations of the '252 patent.

13. The Zulu headset is not subject to the Settlement Agreement and Bose is not in breach of the Settlement Agreement by filing the instant action.

14. On January 19, 1993, the '252 patent was duly and legally issued to Bose for an invention in headphones; and since that date, Bose has been and still is the owner of this Letters Patent. A copy of the '252 patent is attached hereto as Exhibit A.

15. Upon information and belief, defendant Lightspeed has been and still is infringing the '252 patent by making, offering to sell, selling or using the Zulu headset embodying the patented invention, and will continue to do so unless enjoined by this Court.

16. Upon information and belief, defendant's infringement of the '252 patent is willful and deliberate.

17. As a consequence of Lightspeed's infringement of the '252 patent, Bose has been irreparably damaged to an extent not yet fully determined and will continue to be irreparably damaged unless Lightspeed is enjoined by this Court from committing further acts of infringement.

18. Bose has placed the required statutory notice on all of its products manufactured and/or sold by Bose under the '252 patent.

WHEREFORE, plaintiff Bose requests entry for judgment in its favor and against defendant Lightspeed as follows:

A. Declaring that Lightspeed has infringed one of more claims of the '252 patent;

B. Declaring that Lightspeed has willfully infringed one or more claims of the '252 patent;

C. Declaring that the Zulu headset is not subject to the Settlement Agreement and that Bose is not contractually limited in bringing this action;

D. Deeming this to be an "exceptional" case within the meaning of 35 U.S.C. § 285, entitling Bose to an award of its reasonable attorney fees, expenses and costs in this action;

E. Preliminarily and permanently enjoining Lightspeed from committing further acts of infringement;

F. Awarding Bose damages in accordance with 35 U.S.C. § 284, its costs in connection with this action, and an assessment of interest; and

G. Awarding Bose such other additional relief as this Court deems just and proper.

- 5 -

## JURY TRIAL DEMAND

Plaintiff Bose demands a trial by jury on all issues triable by right of jury.

Respectfully submitted,

Dated:   February 13, 2009

/s/ Charles Hieken
Charles Hieken (BBO #233,640)
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906
Email: hieken@fr.com

Attorneys for Plaintiff
BOSE CORPORATION

Complaint 021209.doc