# EXHIBIT 1

**UNITED STATES INTERNATIONAL TRADE COMMISSION**
**WASHINGTON, DC**

**Before the Honorable Charles E. Bullock**
**Administrative Law Judge**

| **In the Matter of**<br><br>**CERTAIN NOISE CANCELLING HEADPHONES** | **Investigation No. 337-TA-626** |
|---|---|

**OPENING EXPERT REPORT OF DR. MARSHALL BUCK**
**REGARDING INVALIDITY**

## I. Background and Qualifications

I am the President of Psychotechnology, Inc., a corporation formed in 1982 that conducts research and development in audio systems and audio transducers. I attended the California Institute of Technology where I studied physics and engineering. I transferred to UCLA, where I earned three degrees culminating in a Ph.D. in Physiological Psychology, which is the study of perception, psychoacoustics, statistics, neuro-electrical substrates of behavior, and the like. I have been professionally engaged as a design engineer in electro-acoustical transducers and systems for approximately 32 years. I have designed transducers of many different sizes. The largest transducers I have designed are 18 inches in diameter, while the smallest transducers designed in my lab were high compliance 20 mm diameter Odyssey drivers for laptop and iMac computers. The 20 mm transducers are smaller than the transducers in many headphones, including the transducers I studied in headphones for this matter. My qualifications and experience are shown in my attached CV (Appendix 3). I was recommended to AT for this work by Richard H. Small.

I am compensated at the rate of $150/hour for my work on this project. For deposition and trial testimony, I bill at $300/hour. Total billings on this matter to date are approximately $21,500.

I have not testified as an expert at trial or by deposition within the preceding four years.

I have been asked in this case to review Bose's US Patents 5,181,252 and 6,597,792, to test various Audio-Technica headphones, (including the AP 1300 and ATH-910), to review other patents and references, and to give an expert opinion in this case. A list of the documents and things I considered as part of my analysis is attached (Appendix 2).

## II. Executive Summary of Findings

### A. The '252 Patent Is Invalid Because of Prior Art Headphones (Audio-Technica's AT's ATH-910 and AP1300), Prior Art References, And Knowledge Of Those Skilled in the Art

The AP 1300 and ATH-910 have all the elements claimed in the '252 patent (except for active noise reduction), provided that we assume a tight rear cavity seal and coupling and that the rear cavity acts as a true compliance in these headphones.

In addition, prior art patents also disclose the compliance ratios claimed by Bose in the '252 patent. US Patent 2,714,134 (1951) by Touger discloses a headphone with a driver compliance that is 8 to 35 times higher than the rear cavity, which falls within the claim of the '252. Ohta's U.S. Patent 4,041,256 (1976) also discloses a headphone with a driver compliance that is 22 to 77 times higher than the rear cavity.

Combining active noise reduction technology (ANR) to AP1300, ATH-910 and/or the headphones of the '134 (Touger) and '256 (Ohto) patents would be obvious to one of ordinary skill in the art because a designer would start with a good existing headphone design (like that of the ATH-910 and AP1300) and add known noise reducing technology to arrive at a good noise cancelling headphone.

Claim 2's addition of structure that limits the maximum excursion of the diaphragm to avoid the driver "jumping the gap" is disclosed in a 1981 patent to Kakiuchi, US Pat. 4,399,334.

The AT prior art headphone ATH-910 also contains the element of indentations in the diaphragm in Claim 5 of Bose's 6,597,792 patent.

### B. The '792 Patent is Invalid Because of Prior Art Headphones, References, And Knowledge Of Those Skilled in the Art

My testing and analysis of AT prior art headphones (ATH-910) from 1988 show that these headphones contain all the elements identified in Claim 1 of Bose's 6,597,792 patent.

The active noise reduction technology added by Claim 2 of the '792 patent was well known for more than 12 years before Bose filed the patent application on the '792 patent (July 15, 1999). The subject matter claimed in Claim 2 (the headphones from Claim 1 combined with ANR) would have been obvious to one of ordinary skill in the art in 1999.

Vacuum pump - Robinair High Vacuum Pump Model 15102-B (for performing impedance measurements in a vacuum)
Agilent Model 34401A DMM with 6.5 digit display and 4 wire Kelvin resistance measurement capability.
Tektronix Model TDS1012B 2 channel digital oscilloscope
Gemological electronic scale (ProScale) for weighing test mass,

The description of the methodology I used to conduct specific tests will be discussed with the results of those tests below.

## VI. Invalidity of the '252 Patent

### A. Laboratory Test Results Demonstrating Invalidity of '252: Measurements of AP 1300/ATH-910 Prior Art Headphones

#### 1. General Descriptions of Test Methodology

Where appropriate, impedance measurements as a function of frequency were made with the MLSSA system and the voltage divider technique, using either the internal precision 75 Ohm resistor, or an accurately measured and calibrated external resistor of approximately 1.8 kOhms. The setup files are listed in Appendix 1.

Analysis of impedance measurements was made with the SPO (Speaker Parameter Option Version 4) software from DRA Labs in order to calculate Thiele/Small (T/S) parameters of the designs tested here. I used SPO in closed box, added-mass and fixed mass modes, as appropriate. I used the provided SPO10K.SET or the SPO35K.SET setup file for measuring the T/S parameters of headphone drivers, as specifically recommended by the MLSSA manual.

The results of these T/S tests include three measures of accuracy, which can be used to validate the tests. One is the Rub Index, which should remain small (<0.5). The others are RMSE-Free Ohms (should be less than 10% of DCR) available for both fixed mass and added mass modes, and RMSE-Load Ohms (should be less than 10% of DCR) available for the added mass mode.

Closed box tests were made using a neoprene rubber sheet and silicone grease to seal the joints against air leaks, while the headphone driver had the rear cover removed, and sometimes the damping elements, and was affixed to a baffle board.

#### 2. Testing the AP1300

A closed back double chamber headphone with a moving coil driver sold by AT in 1987 (model AP-1300) was tested and measured to ascertain whether it had the

elements disclosed in the ‘252 patent (except for ANR, which the AP-1300 does not have).

First, inspection of the AP-1300 shows that it has many elements common to headphones, including: a driver; and earcup with a front cavity and a rear cavity; and a baffle. I performed testing to determine whether the driver compliance is greater than the rear cavity compliance. In using this test methodology, I made the assumptions that appear to be inherent in Bose’s ‘252 patent, namely that the back cavity of the AP1300 is sealed and acts as an acoustic compliance and that the driver is fully coupled to the rear cavity. Although these assumptions are made in Bose’s ‘252 patent, they may not properly describe the physical functioning of headphones due to the over damped nature of headphones, leaky back cavities, and actual headphone drivers may not interact with a rear cavity in the way Bose’s ‘252 patent simplistically suggests.

(a) Testing by added mass method

The method of added mass was used first to make a measurement of driver compliance. Note that this method of measurement measures the small signal compliance of the driver. This technique used the DRA Labs MLSSA Measurement System with the SPO software. Impedance was measured with a drive level of 0.06 volts and the internal precision 75 ohm resistor. The mass added to the driver diaphragm was a bolus of museum putty with the right combination of stickiness and consistency so that it could be applied to the diaphragm securely, and then removed completely. It was weighed with an accurate electronic gemological scale (Pro Scale) with a resolution of 1 milligram and it weighed 102 mg. I calibrated the gemological scale before performing this measurement using the provided calibration weights and procedure, and the estimated accuracy is within 0.7 milligram.

The added mass was applied to the diaphragm of the AP1300 through the larger center hole in the protective front grid of the headphone in the case of the AP1300, and the mass was simply applied to the center of the diaphragm. I was careful to keep adequate clearance between the mass and the hole in the grid, when present.

The Thiele/Small parameters were calculated using MLSSA SPO with an estimated cone area based on the dome area plus half of the flexing annulus extending from the voice coil OD to the estimated overall OD. My estimate of the effective piston diameter of the driver of the AP1300 is 2.7 cm. This estimate is subject to moderate (~10%) error due to the difficulty in seeing the dimensions of the diaphragm under the protective grill. I did not want to destroy or modify this prior art headphone for obvious reasons. Based upon an estimated diameter of 2.7 cm, the effective surface area of the driver is 5.73 sq cm. The compliance will be accurately calculated. Since the Vas air equivalent compliance is related to the mechanical compliance by the square of the area, there will be some error

in the Vas number. The second method used for testing compliance (explained below) will allow us to correct the estimate of surface area, and thus the calculation of Vas, if necessary.

Three added mass tests were performed in order to gauge the repeatability of the results. The results of these tests are shown below.

| | Cms mM/N | Vas L (based on area of 5.73 cm sq.) | |
|---|---|---|---|
| | | | |
| Test 1 | 15.11 | 0.696 | |
| Test 2 | 14.8 | 0.681 | |
| Test 3 | 15.54 | 0.716 | |
| Average | 15.15 | 0.698 | |

I measured the diameter and depth of the cup of the back cavity with a micrometer. These measurements were as follows: Inside diameter 54.4 mm, diameter of indentation in rear panel 43 mm, depth to outer annulus 10.6 mm, depth to inner indented circular area 8.7 mm. Based upon these measurements, the back cavity was calculated to have a volume of 21.8 cubic centimeters.

Based upon all the measurements and calculations, and assumptions, the ratio between the driver compliance and the back cavity is about 32 to 1. Thus this prior art headphone exhibits a very much higher compliance ratio than the '252 patent claims as novel. Such calculations assume again: (1) that back cavity of the AP1300 is sealed and acts as an acoustic compliance; and (2) that the driver is fully coupled to the rear cavity.

(b) Calculating Compliance of AP1300 by closed box method.

A second test for compliance of the AP1300 was performed using the closed box method. This method makes the same assumptions as before: (1) back cavity of the AP1300 is sealed and acts as an acoustic compliance; and (2) that the driver is fully coupled to the rear cavity.

The impedance of the AP 1300 was measured first in free air on a baffle, then perturbed by placing a 1000 cc cup in front of the driver, which was open to the rear and mounted on a flat baffle with a hole in front of the driver. The resonant peak shifted from 132 Hz (with no cup present) to 167 Hz (with a cup), a ratio of 1.26.

We calculate the compliance ratio of the closed box over the driver as follows:

The compliance ratio = (Fb/Fd)^0.5 – 1 where Fb is the resonant frequency in the closed box, and Fd is the driver free air resonant frequency.

Thus the ratio = 0.5876.

Then it is a simple matter to calculate the driver compliance equivalent volume, Vas.

Vas = Vb * Alpha

Therefore Vas = 0.5876 L

This indicates that the Vas of the driver is 587.6 cc, and the compliance ratio Alpha of the driver over the rear cover is = 587.6/21.8 = 26.9.

We can use this result to calculate a more accurate value of the effective diaphragm area, using the relation:

Sd = (Vas/pc^2 * Cms)^0.5

We calculate pc^2 using p as 1.18 kG/M^3 and c as 344 M/S, and using Cms from the added mass measurement which was 15.15 mM/N.

The result is Sd = 5.73 sq. cm.

We can then go back and adjust the estimated area we used in the added mass T/S test, to get a better Vas value from that data, as follows:

| | Cms mM/N | Vas L (based on area of 5.73 cm sq.) | |
|---|---|---|---|
| | | | |
| Test 1 | 15.11 | 0.696 | |
| Test 2 | 14.8 | 0.681 | |
| Test 3 | 15.54 | 0.716 | |
| Average | 15.15 | 0.698 | |

In this case no adjustment was needed, demonstrating that the initial estimates were correct.

Next, are the Nyquist plots from my tests of the AP1300 in free air.



Above is the Impedance Nyquist Plot for the Driver in free air. Note that the plot crosses the real axis at the resonant peak frequency of 132.1 Hz.

Above is the Impedance Nyquist Plot for the Driver in the closed box, and it crosses the real axis at 167 Hz.

Next, I sealed the rear cup with tape and putty and applied it over the front of the driver on the baffle. The resulting impedance curve is seen below.



Based upon this testing methodology, the resonance rises to 761 Hz when the rear cavity volume of the AP1300 is sealed to the front of the driver. This calculates to an Alpha ratio of 32.2. As I indicated earlier, Alpha is the ratio of driver compliance to the rear cavity compliance. Such measurements once again assume: (1) back cavity of the AP1300 is sealed and acts as an acoustic compliance; and (2) that the driver is fully coupled to the rear cavity.

(c) Summary of Compliance Ratio Tests for Prior Art AP1300

Both added mass and closed box methods of compliance measurement yielded ratios of driver compliance (characterized as an equivalent volume of air) to rear cavity volume of about 30 to 1. This substantially exceeds both the 1:1 ratio in claim 1 of the ‘252 patent and the1.5:1 ratio cited as an example of the patented article in Bose’s ‘252 patent specifications. Once again, all of these tests make the assumptions that: (1) back cavity of the AP1300 is sealed and acts as an acoustic compliance; and (2) that the driver is fully coupled to the rear cavity.

2. Tests of AT ATH-910 Prior Art Headphone

An ATH-910 headphone was tested using the added mass method described above.
In order to get a close match to the SPO driver model, the rear cover was removed.

The area was estimated to be 6.01 square cm, and the fixed DCR was measured with a Kelvin 4 wire ohmmeter.

The following results were obtained:

```
"Title: AT-910"
 "Method: Mass-loaded (102.0 mg)"
 "DCR mode: Fixed (26.91 - 0.09 ohms)"
 "Area (Sd): 6.01 sq cm"
 "QC-limits file: "
 "Last setup file: C:\MLS\SPO10K.SET modified "
 "Series resistance: 75.00 ohms"
 "Stimulus level: 0.12 volts"
 "SPLref reference impedance: NONE"
 "Small units (volume = ml, mass = mg)"
     0.503 "RMSE-free Ohms"
   101.187 "Fs Hz"
    26.820 "Re Ohms"
     6.513 "Res Ohms"
     1.157 "Qms "
     4.763 "Qes "
     0.931 "Qts "
     0.141 "L1 mH"
     0.035 "L2 mH"
     1.794 "R2 Ohms"
     0.537 "RMSE-load  Ohms"
   652.438 "Vas(Sd) ml"
   192.439 "Mms mg"
 12855.667 "Cms æM/Newton"
     0.830 "Bl Tesla-M"
    73.350 "SPLref(Sd) dB[Re]"
     0.364 "Rub-index "
```

The display was set for Small Units.

The Vas of 652 ml was used to calculate the compliance ratio as follows:

The rear cavity was measured by filling with a water volume at 80 cc . Comparing the driver Vas to the rear cavity shows a ratio (Alpha) of 8.15, well in excess of the claim in the later art ‘252 patent.

It is important to recognize that the methods employed to obtain the compliance ratios of the AP1300 and ATH-910 assume that the rear cavity operates as a sealed cavity and that the driver is coupled to the rear cavity, assumptions that are inherent in Bose’s patent, but which may not accurately describe the manner in which these systems operate.

### B. Prior Patents Disclose the elements of the ‘252 Patent

The prior art patents also disclose all elements of the ‘252 Patent (except for the ANR, which is addressed in section C below).



6. EPO Decision of March 22, 2000

I have also reviewed the European Patent Office's March 22, 2000, decision which I understand involves a European patent similar to Bose's '252 US patent. The European decision indicated that "at the time of the priority date it would have been obvious for the skilled person to take a traditional passive headset, transform it into a headset having an active noise reducing system and arrive at something within the claim." I agree with this reasoning because as early as the mid 1980's, those skilled in headphone design would start with a good passive noise reducing headphone and simply add the known elements of active noise reduction to those passive headphones to get a good active headphone design.

### C. Adding ANR to Existing Headphones Such As The AP1300 and ATH-910

As of 1987, many designers had already added active noise reduction technology to headphones of various designs shown in many US Patents. For example, US 4,455,675 and 4,644,581 (both from Bose) show all the elements of ANR in a headphone as of 1984 and 1987. These old Bose patents show the specific ANR later referenced in Bose's '252 and '792 patents. In other words, the ANR elements in the claims of Bose's '252 patent and also in claim 2 of the '792 patent were publicly available and known at least as early as the mid 1980's. Bose similarly disclosed ANR in the 1985 U.S. Patent 4,494,074.

Bose was not the only company working in the past with ANR in headphones. In one other example, on June 14, 1988, Sensor Electronics Inc filed an application that became US Patent 4,985,925. In this patent, the inventor disclosed another ANR method and stated:

> Active noise reduction is a negative feedback system, a concept which dates back to the seminal U.S. Pat. No. 1,686,792 by H. S. Black, issued

> in 1928. The specific application of negative feedback to an electro-acoustical ANR system was proposed in U.S. Pat. No. 2,983,790 by H. F. Olson, issued in 1961 and is described in articles by Olson and May (1953), and Olson (1956) and by Bleazey (1962). Such an ANR concept is summarized in FIG. 1 and is described in detail later.(Col1:28-36)

Other companies were also working with ANR on headphones in the 1980's include Active Noise and Vibration Technologies (ANVT) of Arizona and Noise Cancellation Technologies (NCT) from Maryland.

From all of these patents and references, I conclude that those skilled in the art knew at least in the mid-1980's (and well before) that ANR could be applied to headphones. One knowledgeable in the art of transducer and headphone design would start with a good existing headphone design (like that of the ATH-910 or AP1300, or any of the prior art ear defenders spoken of in Poldy's chapter) and add the known active noise cancelling technology in order to arrive at a noise-cancelling headphone. This level of knowledge as to the availability of ANR in headphones was known at least as early as the mid 1980's. The addition of ANR technology (as disclosed by Bose and other companies in old patents) to existing headphone designs like the AP1300 and ATH-910 and ear defender headphones is well within the skill set of an experienced headphone designer. The bigger problem with applying ANR to headphones in the 1980's was the expense of the ANR technology and sophistication of the electronics available in the 1980's to do the necessary signal processing. Although the ANR technology was well known in headphones then, modestly priced consumer models were not achievable with the state of the electronics art.

### D. Elements Added by Claim 2 and 5 of the '252 Patent Were Also Known

Claim 2 adds the element of structure that limits the maximum excursion of the diaphragm to avoid the driver "jumping the gap." "Jumping the gap" is a known problem in any moving coil transducer design wherein the voice coil extends too far outside the air gap and permanently damages the driver. A 1981 patent to Kakiuchi, US Pat. 4.399,334, specifically discloses limiting structure in a headphone:

> a protector 15 is mounted at the front of the diaphragm 13. The protector 15 can be made of a metal such as aluminum and has plural openings 15a as illustrated in FIGS. 2 and 3 at predetermined positions for ventilation. The protector unit 15 is connected to the outer portion 7b of the yoke 7 as illustrated in FIG. 2. Extending inwardly from the central portion of the protector unit 15 are a plurality of projections 15b which are capable of engaging the diaphragm 13 and limiting its upward motion relative to FIG. 2. The projections 15b of which there are four illustrated in