IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>LIGHTSPEED AVIATION, INC.,<br><br>      Defendant. | Civil Action No. 1:09-cv-10222-WGY |

# [BOSE CORPORATION'S PROPOSED] <u>JURY VERDICT FORM</u>

1. Has Bose proven by a preponderance of the evidence that claims 2, 3, 5, and/or 6 of United States Patent No. 5,181,252 are infringed by the Zulu aviation headset? (Answer in chart below.)

2. Has Lightspeed proven by clear and convincing evidence that claims 1 and/or 5 of United States Patent No. 5,181,252 were anticipated by the Telex ANR headset? (Answer in chart below.)

3. Has Lightspeed proven by clear and convincing evidence that claims 1, 2, 3, 5, and/or 6 of United States Patent No. 5,181,252 were obvious to a person of ordinary skill in the art at the time of the invention by Peter David Wheeler, *Voice Communications in the Cockpit Noise Environment – The Role of Active Noise Reduction*, University of Southampton? (Answer in chart below.)

| Claim | Infringement (Question 1) | Anticipated by the Telex ANR Headset (Question 2) | Obvious in view of the Wheeler Thesis (Question 3) |
|---|---|---|---|
| 1 | Yes | | |
| 2 | | n/a | |
| 3 | | n/a | |
| 5 | | | |
| 6 | | n/a | |

4. Do you find that Lightspeed's infringement was willful?

      \_\_\_\_\_Yes     \_\_\_\_\_No

5. Do you find that Bose is entitled to lost profits damages?

      \_\_\_\_\_Yes     \_\_\_\_\_No

      If yes, what is the amount $_____.

6. Do you find that Bose is entitled to reasonable royalty damages?

      \_\_\_\_\_Yes     \_\_\_\_\_No

      If yes, what is the amount $_____.

7. Has Lightspeed proven by a preponderance of the evidence that the Zulu product is within the scope of the 2002 Settlement Agreement?

      \_\_\_\_\_Yes     \_\_\_\_\_No

SO SAY WE ALL.

_____                                 _____
Date                                                                                      Foreperson's Signature


                                                                                    _____
                                                                                    Foreperson's Printed Name

Respectfully submitted,

Dated:  September 3, 2010

/s/ *Andrew R. Kopsidas*
Ruffin B. Cordell (admitted *pro hac vice*)
Andrew R. Kopsidas (admitted *pro hac vice*)
Steven A. Bowers (admitted *pro hac vice*)

FISH & RICHARDSON P.C.
1425 K Street, N.W., 11th Floor
Washington, D.C. 20005
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

Juanita R. Brooks (admitted *pro hac*)

FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

Charles Hieken (233,640)

FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA  02110-2804
Telephone: (617) 542-5070
Facsimile:  (617) 542-8906

Attorneys for Plaintiff
BOSE CORPORATION

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2010 a true and correct copy of the foregoing document was filed with the Clerk of the Court for the District of Massachusetts via the ECF System which will send notification to all registered participants of the ECF System.

>  */s/ Andrew R. Kopsidas*
>  Andrew R. Kopsidas