IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>        Plaintiff and Counter-Defendant,<br><br>v.<br><br>LIGHTSPEED AVIATION, INC.,<br><br>        Defendant and Counter-Plaintiff. | Civil Action No. 1:09-cv-10222-WGY |

# [PROPOSED] JURY VERDICT FORM

When answering the following questions on this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instruction if you are unsure about the meaning or usage of any legal term that appears in the questions below.

1. Has Lightspeed proven that the Zulu headset was authorized under the 2002 Agreement?

    Yes _____        No _____

2. If you answered "yes" to Question No. 1, what damages do you award Lightspeed for Bose's breach of the 2002 Agreement?

    $_____

STOP, you are done. Do not answer the remaining questions. Proceed to sign the verdict form.

3. Has Lightspeed proven that any claims of United States Patent No. 5,181,252 were anticipated? (Answer in chart below.)

| Claim | Anticipated? |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 5 | |
| 6 | |

4. Has Lightspeed proven that any claims of United States Patent No. 5,181,252 were obvious to a person of ordinary skill in the art at the time of the invention? (Answer in chart below.)

| Claim | Obvious? |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 5 | |
| 6 | |

If you find every claim is either anticipated or obvious in your answers to Question Nos. 3 or 4, STOP, do not answer the remaining questions, and proceed to check and sign the verdict form.

5. Has Bose proven that the asserted claims of United States Patent No. 5,181,252 were infringed by the Zulu aviation headset? (Answer in chart below.)

| Claim | Infringed by the Zulu aviation headset? (Question 3) |
|---|---|
| 1 | Yes |
| 2 | |
| 3 | |
| 5 | |
| 6 | |

If you answered "yes" for a claim that was not anticipated or obvious (Questions 3 and 4), then proceed to the remaining Questions. Otherwise, STOP and do not answer the remaining questions and proceed to check and sign the verdict form.

6. What lost profits, if any, did Bose prove that it suffered as a result of sales that it would have made with reasonable probability but for Lightspeed's infringement?

$_____

7.     For those infringing sales for which Bose has not proven its entitlement to lost profits, what amount did Bose prove it is entitled to as a reasonable royalty?

        $_____

8.     Has Bose proven that Lightspeed's infringement of the '252 patent was willful?

        Yes _____       No_____

SO SAY WE ALL.

_____           _____
Date                                                                Foreperson's Signature

                                                                    _____
                                                                    Foreperson's Printed Name