IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BOSE CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>LIGHTSPEED AVIATION, INC,<br><br>   Defendant. | Civil Action No. 1:09-cv-10222-WGY |

## STIPULATION OF DISMISSAL WITH PREJDUICE

IT IS STIPULATED, by and among Plaintiff Bose Corporation and Defendant Lightspeed Aviation, Inc. (referred to collectively as the "Parties"), through their counsel of record and subject to the approval of the Court that:

(1) All claims presented by the Complaint, as well as all counterclaims thereto, shall be dismissed with prejudice as to each of the Parties; and

(2) The Parties shall bear their own costs and attorney's fees.

Dated:  November 1, 2010

| | |
|---|---|
| /s/ *Andrew R. Kopsidas* | /s/ *Mark A. Cantor* |
| Charles Hieken (233,640) | Mark D. Robins (559,933) |
| FISH & RICHARDSON, P.C. | Gina M. McCreadie (661,107) |
| 225 Franklin Street | NIXON PEABODY LLP |
| Boston, MA  02110-2804 | 100 Summer Street |
| Telephone: (617) 542-5070 | Boston, MA 02110 |
| Facsimile:  (617) 542-8906 | Telephone: (617) 345-1000 |
| | Facsimile (617) 345-1300 |
| Andrew R. Kopsidas (admitted *pro hac*) | |
| Steven A. Bowers (admitted *pro hac*) | Mark A. Cantor (admitted *pro hac*) |
| FISH & RICHARDSON, P.C. | Marc Lorelli (admitted *pro hac*) |
| 1425 K Street NW, 11th Floor | BROOKS KUSHMAN P.C. |
| Washington, DC 20005 | 1000 Town Center, Twenty-Second Floor |
| Telephone: (202) 783-5070 | Southfield, Michigan 48075 |
| Facsimile:  (202) 783-2331 | Telephone: (248) 358-4400 |
| | Facsimile:  (248) 358-3351 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| BOSE CORPORATION | LIGHTSPEED AVIATION, INC. |

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2010 a true and correct copy of the foregoing document was filed with the Clerk of the Court for the District of Massachusetts via the ECF System which will send notification to all registered participants of the ECF System.

                                              */s/ Andrew R. Kopsidas*
                                              Andrew R. Kopsidas